IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALFREDO GUERRERO MENDOZA, and HERMELINDO GUERRERO ESTRADA, | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § § | CASE NO. 4:12cv562 Judge Clark/Judge Mazzant |
| A&A LANDSCAPE AND IRRIGATION, LP and DAVID ANDERTON, | § § § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 5, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Dismiss Defendants' Counterclaims for Want of Jurisdiction [Doc. #10] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Dismiss Defendants' Counterclaims for Want of Jurisdiction [Doc. #10] is **GRANTED** and defendants' counterclaim is DISMISSED without prejudice.

So **ORDERED** and **SIGNED** on January  31 , 2013.

_____
Ron Clark
United States District Judge