# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALFREDO GUERRERO MENDOZA AND HERMELINDO GUERRERO ESTRADA, on behalf of themselves and others similarly-situated, § § § § § § Plaintiffs, § § v. § § A&A LANDSCAPE AND IRRIGATION, LP, § and DAVID ANDERTON § § Defendants. § § | CIVIL ACTION NO: 4:12-CV-562 FLSA COLLECTIVE ACTION |

## NOTICE OF RIGHTS

To:   All current and former employees of A&A Landscape and Irrigation, LP at any time from August 27, 2009 to present

Re:   Fair Labor Standards Act lawsuit against A&A Landscape and Irrigation, LP

    This case was filed by Alfredo Guerrero Mendoza and Hermelindo Guerrero Estrada, former employees of A&A Landscape and Irrigation LP who allege that they were denied overtime compensation for each hour worked in excess of forty (40) in a workweek while working for A&A Landscape and Irrigation, LP. Plaintiffs claim that they are entitled to additional compensation for every hour of overtime they worked during the time period from August 27, 2009 to the present. For those unpaid hours worked in excess of forty (40) in a particular workweek, Plaintiffs seek this additional compensation at one and one-half their hourly rates, plus an additional equal amount of liquidated damages.

    If you are among the persons to whom this Notice is addressed and you wish to have your right to overtime pay litigated in this case, you should sign the Consent and return it to counsel for Plaintiffs in the enclosed self-addressed envelope. It is entirely your own decision whether to join this lawsuit and whether to allow counsel for Plaintiffs to represent you.

    If you wish to speak with counsel for Plaintiffs, you may contact Maricela Moore at 214-361-5600 for more information.

    You are not required to join this case. However, your determination whether or not to do so must be made promptly. Unless a Notice of Consent is actually filed with the Court on or before _____, you will not be permitted to join this case.



If you do not return the enclosed Notice of Consent by the date listed above, you will not receive any back wages for overtime or other relief in this case, if Plaintiffs prevail.

If you decide to join this case, you will be bound by the judgment of the Court on all issues of the case, whether or not favorable.

This Notice is for the sole purpose of determining the identity of those persons who wish to be involved in this case. Although the Court authorized the sending of this Notice, there is no assurance at this time that the Court will grant the relief requested in this case.

**THE FLSA PROHIBITS ANYONE FROM DISCRIMINATION OR RETALIATING AGAINST YOU IF YOU CHOOSE TO TAKE PART IN THIS CSE. THIS MEANS YOU CANNOT BE FIRED, DEMOTED, HAVE YOUR PAY CUT, OR REPORTED TO THE IMMIGRATION AND NATURALIZATION SERVICE BECAUSE YOU PARTICIPATE IN THIS CASE.**

Hermelindo Mendoza Estrada and Alfredo Mendoza Guerrero

By: _____
Maricela Moore, counsel for Plaintiffs
Farrow-Gillespie Heath LLP
1700 Pacific Ave. Ste. 1700
Dallas, Texas 75201
214-361-5600
maricela@fghlaw.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALFREDO GUERRERO MENDOZA AND HERMELINDO GUERRERO ESTRADA, on behalf of themselves and others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> A&A LANDSCAPE AND IRRIGATION, LP, and DAVID ANDERTON <br><br> Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO: 4:12-CV-562 <br><br> FLSA COLLECTIVE ACTION |

## **NOTICE OF RIGHTS**

To: Todos los empleados y ex empleados de A & A Landscape and Irrigation, LP a cualquier hora del 27 de agosto de 2009 para presentar

Re: Fair Labor Standards Act demanda contra A&A Landscape and Irrigation, LP

Este caso fue presentado por Alfredo Guerrero Mendoza y Hermelindo Guerrero Estrada, ex empleados de A&A Landscape and Irrigation, LP que alegan que se les negó compensación por horas extras por cada hora trabajada en exceso de cuarenta (40) horas en una semana, mientras trabajaba para A&A Landscape and Irrigation, LP. Los Demandantes alegan que tienen derecho a una indemnización adicional por cada hora de overtime trabajaron durante el período del 27 de agosto de 2009 hasta el presente. Para esas horas no remuneradas trabajadas en exceso de cuarenta (40) horas en una semana particular, los demandantes buscan esta compensación adicional a una vez y media sus tarifas por hora, más una cantidad adicional igual de daños y perjuicios.

Si usted está entre las personas a las que este anuncio se dirige y usted desea que su derecho a pago de horas extras de litigio en este caso, usted debe firmar el consentimiento y devolverlo a los abogados de los demandantes en el adjunto con su dirección. Es enteramente su propia decisión si unirse a esta demanda y si se permite el abogado de los demandantes para que lo represente.

Si usted desea hablar con el abogado de los demandantes, puede comunicarse con Maricela Moore en 214-361-5600 para más información.

Usted no está obligado a unirse a este caso. Sin embargo, su determinación de si o no hacer lo que debe hacerse con prontitud. A menos que un Aviso de Consentimiento es en

Page 1

realidad presentado ante el Tribunal a más tardar el _____, no se les permitirá unirse a este caso.

Si usted no devuelve la notificación adjunta de Consentimiento para la fecha indicada arriba, usted no recibirá los salarios caídos por las horas extraordinarias u otra reparación en este caso, si los demandantes prevalecer.

Si decide inscribirse en este caso, estará obligado por la sentencia de la Corte sobre todos los asuntos del caso, sea o no favorable.

Este aviso es para el único propósito de determinar la identidad de las personas que deseen participar en el presente caso. Aunque la Corte autorizó el envío de esta notificación, no hay seguridad en este momento que la Corte otorgará la reparación solicitada en el presente caso.

**LA FLSA PROHÍBE A CUALQUIER PERSONA DE LA DISCRIMINACIÓN O REPRESALIAS CONTRA USTED SI USTED ELIGE A PARTICIPAR EN ESTA CSE. ESTO SIGNIFICA QUE NO PUEDE SER DESPEDIDO, DEGRADADO, TIENE SU CORTE DE PAGO, O COMUNICARSE AL SERVICIO DE INMIGRACIÓN Y NATURALIZACIÓN POR QUE PARTICIPAR EN ESTE CASO.**

Hermelindo Mendoza Estrada y Alfredo Mendoza Guerrero

By: _____
Maricela Moore, los abogados de los Demandantes
Farrow-Gillespie Heath LLP
1700 Pacific Ave. Ste. 1700
Dallas, Texas 75201
214-361-5600
maricela@fghlaw.net

## CONSENT TO JOIN COLLECTIVE ACTION LAWSUIT

1. I worked for A&A Landscape and Irrigation, L.P. and David Anderton as a laborer. During the time that I worked for the Company, I regularly worked more than 40 hours each week. I did not receive time and a half for the hours over 40 that I worked each week. I also did not receive my regular rate of pay for hours over 40 that I worked each week.

2. I consent to join the FLSA collective action titled *Alfredo Guerrero Mendoza, et. al, v. A&A Landscape and Irrigation, L.P., et al.*, pending in the United States District Court for the Eastern District of Texas, to recover my unpaid wages and all other damages allowed by the FLSA.

3. I choose to be represented in this matter by the named plaintiffs and counsel, Maricela Moore of the law firm Farrow-Gillespie Heath LLP.

Dated: _____        _____
                                                                                _____ [printed name]

## AVISO DE CONSENTIMIENTO

1. He trabajado para A & A Landscape and Irrigation, LP y David Anderton como obrero. Durante el tiempo que trabajó para la Compañía, yo trabajaba regularmente más de 40 horas a la semana. No recibí tiempo y medio por las horas de más de 40 que trabajaba cada semana. Yo tampoco he recibido mi tasa regular de pago por más de 40 horas que trabajó cada semana.

2. Doy mi consentimiento para participar en la acción colectiva titulada FLSA *Alfredo Guerrero Mendoza, et. al, v A & A Landscape and Irrigation, LP, et al.*, pendiente en el Tribunal Federal de Distrito para el Distrito Este de Texas, para recuperar mis sueldos no pagados y todos los otros daños permitidos por la FLSA.

3. Elijo estar representados en esta materia por los demandantes nombrados y abogados, Maricela Moore, de la firma de abogados Farrow-Gillespie Heath LLP.

Dated: _____        _____
                                                          _____ [nombre escrito]